CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055 / Fax: 702.388.6418
mina.chang@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00155-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE TRIAL** <br> **(Fifth Request)** |
| KENNETH LANE ELLIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Erick M. Ferran, Esq., counsel for Kenneth Lane Ellis, that the Trial Date currently scheduled for March 9, 2022 at 9:00 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days. This Stipulation is entered into for the following reasons:

1. AUSA Mina Chang has been assigned recently to this case and needs additional time to review the discovery and to prepare for trial; the parties are continuing to attempt to negotiate this matter and the additional time will also be used for that purpose.

2. Defendant is not in custody and the parties, including Defendant, agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel sufficient time within which to be able to effectively complete a review of the discovery materials and to prepare for trial.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

5. This is the fifth request for a continuance of the trial date.

DATED this 3rd day of March, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Erick M. Ferran*  */s/ Mina Chang*
ERICK M. FERRAN   MINA CHANG
Counsel for Defendant   Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LANE ELLIS,<br><br>Defendant. | Case No. 2:21-mj-00155-EJY<br><br>**ORDER TO CONTINUE TRIAL**<br>**(Fifth Request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mina Chang, counsel for the United States, needs additional time to review the discovery and to prepare for trial. The parties are also continuing their attempts to negotiate this matter and the additional time will also be used for that purpose.
2. The defendant is not in custody and does not object to the continuance.
3. The parties agree to the continuance.
4. This request for a continuance is made in good faith and is not intended to delay the proceedings in the matter.
5. Denial of this request for continuance would result in a miscarriage of justice.
6. This is the Fifth Request for a continuance in this matter.

## ORDER

IT IS THEREFORE ORDERED that the trial date in *United States v. Kenneth Lane Ellis*, 2:21-mj-00155-EJY, set for March 9, 2022 at 9 a.m., is hereby VACATED, and RESET for May 18, 2022, at 9:00 a.m. in Courtroom 3D.

DATED this 3rd day of March, 2022.

_____
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3