**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KENNETH LANE ELLIS,<br><br>        Defendant. | CASE NO.:   2:21-mj-00155-EJY<br><br>**ORDER AMENDING COUNT 1 TO RECKLESS DRIVING AND CLOSING CASE** |

### ORDER AMENDING COUNT 1 TO RECKLESS DRIVING AND CLOSING CASE

Pursuant to the stipulation of the parties, good cause appearing based upon Defendant's timely completion of all of his requirements:

IT IS HEREBY ORDERED that instant charges be amended from DUI to Reckless Driving, per the parties' stipulation and the original Guilty Plea Agreement (Dkt. #24). The matter is hereby closed upon such amendment.

**DATED** this 22nd day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE